PATRICK CRANE, APPELLANT, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., RESPONDENTS.

Submitted March 25, 1918—Decided May 3, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 109.

For the appellant, *Ziegener & Lane.*

For the respondent, *John Milton* and *John Benton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.